Terry D. PRISENDORF, Appellant,

v.

STATE of Missouri, Respondent.

WD 78365

Missouri Court of Appeals,
Western District.

FILED: September 20, 2016

Damien Loyola, Kansas City for appellant.

Shaun Mackelprang, Jefferson City, for respondent.

Before Division Three: VICTOR C. HOWARD, PRESIDING JUDGE, LISA WHITE HARDWICK AND EDWARD R. ARDINI, JR., JUDGES

ORDER

PER CURIAM

Terry Prisendorf appeals from the judgment denying his Rule 29.15 motion after he was convicted of eight counts of first-degree statutory rape, three counts of first-degree statutory sodomy, one count of attempted first-degree statutory sodomy, and two counts of first-degree child molestation. Upon review of the briefs and the

record, we find no error and affirm the denial of post-conviction relief. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).